Guertin v. HUD,
No. 11-4661 (S.D.N.Y.)

**Index to the Administrative Record**

| Exhibit | Item | Date | Bates |
|---|---|---|---|
| 1 | Letter from Yolanda Chavez, HUD Deputy Assistant Secretary for Grant Programs, to Robert Isseks re: denial of request for reconsideration because no new facts have been presented since the June 12, 2008 decision | 2/9/2011 | AR 1 - 2 |
| 2 | Letter from Yolanda Chavez, HUD Deputy Assistant Secretary for Grant Programs, to Middletown Assistant Corporation Counsel Alex Smith re: denial of request for reconsideration because no new facts have been presented since the June 12, 2008 decision | 2/9/2011 | AR 3 - 4 |
| 3 | Letter from Robert Isseks to Elton Lester re: Richard Guertin/Reimbursement of Legal Expenses | 5/27/2010 | AR 5 - 8 |
| 4 | Letter from Alex Smith, Assistant Corporation Counsel of the City of Middletown, to Elton Lester re: "Richard Guertin - reimbursement of legal expenses" (attaching April 26, 2012 Resolution of the Middletown Common Council finding Guertin's fees should be reimbursed and asking HUD to reconsider its decision to the contrary) | 5/27/2010 | AR 9 - 13 |
| 5 | Letter to U.S. Representative Maurice Hinchey from HUD reiterating decision denying eligibility of Guertin's legal expenses | 7/10/2009 | AR 14 - 16 |
| 6 | Letter from Robert Isseks to Nelson Bregon re: Joseph DeStefano and Richard Guertin/Reimbursement of Legal Expenses | 8/21/2008 | AR 17 - 21 |
| 7 | Letter from Robert Isseks to Elton Lester re: "Joseph DeStefano and Richard Guertin/Reimbursement of Legal Expenses" | 7/10/2008 | AR 22 - 23 |
| 8 | Letter from Elton Lester to Robert Isseks re: HUD's decision regarding eligiiblity of legal expenses of DeStefano and Guertin under the CDBG program | 6/12/2008 | AR 24 - 27 |
| 9 | Fax from Chris White on behalf of Congressman Maurice Hinchey to Geoffrey Smith re: "City of Middletown: Legal Fees Issue" (attaching March 17, 2008 Isseks Letter) | 5/12/2008 | AR 28 - 32 |
| 10 | Letter from Robert Isseks seeking reimbursement for DeStefano and Guertin | 3/17/2008 | AR 33 - 36 |
| 11 | Letter from Elton Lester to Otto Hetzel re: eligibility of reasonable legal expenses of Neil Novesky, Community Development Director, for CDBG reimbursement | 9/7/2007 | AR 37 - 40 |
| 12 | Letter from Otto Hetzel to Nelson Bregon and William Eargle re: "Request for Confirmation of Authority for City of Middletown, N.Y. to Pay from CDBG Funds the Costs of the Legal Defense of Its Community Development Director in a Prosecution Initiated by Local District Attorney for Actions Arising Within the Employee's Scope of Work Under the City's CDBG Program" | 3/20/2007 | AR 41 - 45 |
| 13 | Letter from R. William Ide, III, ABA Task Force on Attorney-client Privilege, to Alphonso R. Jackson, Secretary of HUD | 12/8/2006 | AR 46 -52 |
| 14 | Letter from Otto Hetzel to Robert Kension requesting reimbursement for Neil Noveksy, Middletown Community Development Director | 8/18/2006 | AR 53 - 55 |
| 15 | Notice PIH 2006-9 (HA): "Reinstatement -- Notice PIH 2003-24 (HA), Procurement of Legal Services by Public Housing Agencies" | 2/3/2006 | AR 56 - 62 |
| 16 | Memorandum from Otto Hetzel to Bill Eargle, Deputy Assistant Secretary for Administration for CPD | 7/14/2005 | AR 63 - 67 |
| 17 | Letter from Otto Hetzel to Robert Cardillo, Director of CPD, New York State HUD Office, re: "City of Middletown's Request for Reimbursement for Salary and Benefits for Its Director of Economic and Community Development, Neil Novesky" | 7/14/2005 | AR 68 - 71 |
| 18 | Letter from Robert Cardillo to Neil Novesky re: "Request for Funds Request, June 29 and 30, 2005" | 7/5/2005 | AR 72 - 74 |
| 19 | Letter from Robert Cardillo to Marlinda Duncanson, Mayor of Middletown, re: "Office of Economic and Community Development" | 5/27/2005 | AR 75 - 77 |
| 20 | Verdict Transcript, *People v. Destefano, et al.* , County Court of Orange County, New York (No. 2004-655) | 4/7/2005 | AR 78 - 125 |

Guertin v. HUD,
No. 11-4661 (S.D.N.Y.)

**Index to the Administrative Record**

| Exhibit | Item | Date | Bates |
|---|---|---|---|
| 21 | Indictment, *People v. Destefano, et al.* , County Court of Orange County, New York (No. 2004-655) | 8/30/2004 | AR 126 - 145 |
| 22 | Memorandum for Bruce Crawford from Robert S. Kenison re: "CDBG Eligibility of Liquidated Damages Awarded Pursuant to the Age Discrimination in Employment Act of 1967 Urban Redevelopment Authority of Pittsburgh" | 9/20/1995 | AR 146 - 155 |
| 23 | HUD Policy Guidance: *Using CDBG Funds to Pay for Litigation Related to an Ongoing Project* | 7/21/1995 | AR 156 - 158 |
| 24 | "Final Revision to OMB Circular A-87, 'Cost Principles for State and Local Governments'", 60 Fed. Reg. 26484 | 5/17/1995 | AR 159 - 162 |
| 25 | Memorandum from Robert Kenison to James R. Broughman regarding eligibility of CDBG funds for settlements and judgments | 12/9/1994 | AR 163 - 167 |
| 26 | "Proposed Revisions to OMB Circular No. A-87", 58 Fed. Reg. 44212 | 8/19/1993 | AR 168 - 171 |
| 27 | Letter from Nelson A. Diaz to William F. Maher regarding disapproval of the use of HUD Funds to defend charges of discrimination under the Fair Housing Act | 10/25/1993 | AR 172 - 174 |
| 28 | Letter from Frank Keating to Otto Hetzel | 7/22/1992 | AR 175 - 178 |
| 29 | Memorandum from George Weidenfeller to All Regional Counsel re: "Disapproval of the Use of HUD Funds to Defend Charges of Discrimination Under the Fair Housing Act" | 2/20/1992 | AR 179 - 180 |
| 30 | LEXSEE: Proposed revisions to circular No. A-87 "Cost Principles for State and Local Governments" | 10/14/1988 | AR 181 - 189 |
| 31 | Note from Bob Kenison to John Knapp re: *Allen v. Yonkers* | 6/6/1984 | AR 190 - 200 |
| 32 | Memorandum for Richard Flando from Robert Kension re: *Marilyn Holland v. Milwaukee County* , Case No. 80-C-800 (E.D. Wis.) | 10/3/1983 | AR 201 - 203 |
| 33 | Note to Jim Broughman request for determination of eligibility use of CDBG funds to pay legal fees in connection with local bonds | 7/29/1983 | AR 204 - 209 |
| 34 | Memorandum from Vincent Landau to Max Redding re: "CDBG Eligible Activities, Bladen County, North Carolina" | 12/5/1979 | AR 210 - 212 |
| 35 | GAO Appropriations Law Handbook, "Attorney's Fees", Pages 4-51 - 4-92 | n.d. | AR 213 - 255 |
| 36 | Cost Principles for Staet and Local Governments OMB Circular A-87 | 3/9/1981 | AR 256 - 260 |